

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 13-20505 CR-2Lou

VS.

REPORT COMMENCING CRIMINAL ACTION

Roger Rousseau
Defendant

03652-104
USMS NUMBER

TO: CLERK'S OFFICE            FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT       (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK  N/A

(1) DATE AND TIME OF ARREST: 7/16/2013    A.M. ____ P.M. ____

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: T13 USC 1347 +1349 healthcare fraud

(4) DATE OF BIRTH: 7/2/1942

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
  {✓} INDICTMENT           { } COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  ORIGINAL DISTRICT: Southern District of Florida

(6) REMARKS:

(7) DATE: 7/16/2013   (8) ARRESTING OFFICER: Ian Purdy

(9) AGENCY: FBI                              (10) PHONE: 305 944 9101

(11) COMMENTS: None