TJA:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   13-20505-CR-ZLOCH/HUNT

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROGER ROUSSEAU,

        Defendant.
        _____/

### BILL OF PARTICULARS RE: FORFEITURE

Plaintiff United States of America hereby files the following Bill of Particulars pursuant to Fed. R. Crim. P. 7(c)(2) and (f).

In the Forfeiture Allegation of the Indictment (DE #3) in this case, the United States alleges forfeiture upon conviction of certain criminal violations.

The United States hereby gives notice that, upon conviction of **defendant ROGER ROUSSEAU,**" the United States will also seek forfeiture, of his interest in the following property:

1. $48,153.38 in U.S. Currency held in Branch Banking and Trust Company (BB&T) Account Number XXXX8971 in the name of Roger Rousseau, Emmeline Rousseau and Peggy Rousseau and

2. $3,503.19 in U.S. Currency held in Branch Banking and Trust Company (BB&T) Account Number XXXX3333 in the name of Roger Rousseau, M.D., P.A.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY


BY: s/ Timothy J. Abraham
    TIMOTHY J. ABRAHAM
    ASSISTANT U.S. ATTORNEY
    Court I.D. No.  A5501700
    99 N.E. 4th Street - 7th Floor
    Miami, Florida   33132-2111
    Tel:  (305) 961-9438
    Fax: (305) 536-4089
    Timothy.Abraham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 2, 2013,  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/ Timothy J. Abraham
        TIMOTHY J. ABRAHAM