<u>United States vs. Ruben Busquets</u>
Case No. 13-20505-CR-ZLOCH

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning on or about September 2006 and continuing through approximately February 2011, in Miami-Dade County, Florida and Henderson County, North Carolina and elsewhere, the defendant, RUBEN BUSQUETS (hereinafter "BUSQUETS"), knowingly and willfully conspired with others to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

In Florida, Health Care Solutions Network, Inc. ("HCSN-FL") operated community mental health centers ("CMHC") at the following locations: 19355 South Dixie Highway, Miami, Florida 33157 ("HCSN-FL East"); 10406 S.W. 186th Terrace, Miami, Florida 33157 ("HCSN-FL West"); and 13155 S.W. 134th Street, Miami, Florida 33186. In North Carolina, Health Care Solutions Network, Inc., of North Carolina ("HCSN-NC") operated a CMHC at 170 Old Naples Road, Hendersonville, North Carolina. Both HCSN-FL and HCSN-NC purported to provide partial hospitalization program ("PHP") services to individuals suffering from mental illness. In reality, a majority of the patients attending HCSN at each of the three locations did not qualify for PHP treatment.

BUSQUETS was a licensed mental health counselor in the state of Florida, and he was employed as a therapist in HCSN-FL's PHP. BUSQUETS purportedly provided intensive therapy to mental health patients who were ineligible or could not benefit from PHP services, including patients suffering from dementia, mental retardation and Alzheimer's disease.

During his employment, BUSQUETS was aware that HCSN-FL personnel were routinely fabricating patient medical records. Many of these medical records were created weeks or months after the patients were admitted to HCSN-FL for purported PHP treatment and were utilized to support false and fraudulent billing to government sponsored health care benefit programs, including Medicare and Florida Medicaid. During his employment at HCSN-FL, BUSQUETS and his co-conspirators signed fabricated PHP therapy notes and other medical records used to support false claims to government sponsored health care programs.

During his employment at HCSN, BUSQUETS and his co-conspirators submitted approximately $31,701,300 in false and fraudulent claims to the Medicare and Florida Medicaid programs.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for a guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement

knowingly and voluntarily because I am in fact guilty of the crimes charged in Count 1 of the Indictment in Case No. 13-20505-CR-Zloch.

Date: 12/2/13

X _____
RUBEN BUSQUETS
Defendant

Date: 12/4/13

_____
DAVID K. TUCKER. ESQ.
Counsel for Ruben Busquets

12/12/13

Alian J. Medina