UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20505-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BLANCA RUIZ, et. al.

        Defendant.
_____/

## NOTICE OF POTENTIAL CONFLICT

COMES NOW, undersigned counsel for Defendant Blanca Ruiz and files this, his Notice of Potential Conflict and would furthermore state as follow:

1. This Honorable Court has graciously reset this matter for Monday June 16, 2014 for Trial with a Calendar Call on Friday, June 13th, 2014.

2. The order resetting the trial date was executed on October 9th, 2013.

3. In or about mid January 2014, the Office of the Federal Public Defender announced that the Criminal Justice Act conference would be held on June 19th- June 21, 2014 at Hutchinson Island, FL.  As the Court may know, the conference is an annual event (with the exception of last year due to budgetary issues).  The undersigned counsel would like to attend this conference if possible.

4. By way of this notice, the undersigned would ask that this Court recess trial on June 19th and 20th to allow for attendance at said conference or in the alternative commence the trial the week of June 23, 2014.

WHEREFORE, the undersigned respectfully request that this Honorable Court take note of the above and foregoing.

Respectfully submitted,

By:   /s/ Albert Z. Levin

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

 By:   /s/ Albert Z. Levin
ALBERT Z. LEVIN, P.A.

Grove Forest Plaza
2937 SW 27th Ave., Suite 101
Miami, Florida 33132
Telephone: (305) 379-7101
Facsimile: (305) 446-6150
Florida Bar No. 316581
albert@albertlevinlaw.com