UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20505-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            **ORDER OF RECUSAL**

ROGER ROUSSEAU, DORIS
CRABTREE, ANGELA SALAFIA,
LILIANA MARKS, RUBEN
BUSQUETS, ALINA FONTS and
BLANCA RUIZ,

    Defendants.
_____/

    The undersigned Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers this cause to the Clerk of the Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of June, 2014.

                                         WILLIAM J. ZLOCH
                                         United States District Judge

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases,

this cause is hereby reassigned to the calendar of United States District Judge  Robert N. Scola, Jr.  .

Copies of this Order shall be served on all parties of record. All documents for filing in this case shall carry the following case number and designation:

 13-cr-20505-SCOLA  .

BY ORDER of the Court this   27th    day of June, 2014.

STEVEN M. LARIMORE

Clerk of Court

By   s/John M. Ditullio  
       Deputy Clerk

Copies furnished:

All Counsel of Record