United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Case No. 13-20505-CR-Scola |
| ) | |
| Alina Fonts, ) | |
| Defendant. ) | |

### Order Granting Defendant's Motion to Modify Bond Conditions

This matter is before the Court pursuant to the Defendant's Amended Unopposed Motion to Modify Conditions of Pretrial Release, filed September 10, 2014, it is hereby

**Ordered and Adjudged** that the Defendant's Amended Unopposed Motion (**ECF No. 250**) is hereby **granted.** The Defendant is permitted to move, during the time frame specified, from her present residence to the temporary address and thereafter to the permanent address identified in the motion.

**Done and Ordered** at Miami, Florida, on September 11, 2014.

_____
UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.

cc:   Counsel of record
      U.S. Probation Officer Katrina Jenkins