United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) |
| | ) Criminal Case No. 13-cr-20505 |
| Roger Rousseau, Doris Crabtree, | ) |
| Angela Salafia, Liliana Marks, Alina | ) |
| Fonts, and Blanca Ruiz, Defendants | ) |

### Order Requiring The Parties To File Proposed *Voir Dire* Questions, Witness Lists, Exhibit Lists, And Joint Proposed Jury Instructions

This case is set to begin trial on Monday November 3, 2014. The parties must submit any additional proposed *voir dire* questions by **Wednesday October 29, 2014 at 4:00 p.m.** The Court also **orders** the parties to file their witness lists and exhibit lists by **Thursday October 30, 2014**, if they have not already done so. The Court will read the parties' witness lists to the prospective jurors during the *voir dire* process. Consequently, the parties should endeavor to tailor their witness lists to include only those witnesses whom they reasonably believe will be called during this trial. If a party does not intend to call any witnesses or to proffer any exhibits, the party must file a notice informing the Court that he or she will not be filing a witness or exhibit list. This notice is due by **October 30, 2014**.

The Court **further orders** the parties to submit their proposed jury instructions jointly, though they need not agree on each proposed instruction. If the parties both agree on a proposed instruction, that instruction must be set out in regular typeface. Instructions proposed only by the Government must be underlined. Instructions proposed only by a Defendant must be **bold-faced**. Every instruction must be supported by a citation of authority. The parties shall use as a guide the Eleventh Circuit Pattern Jury Instructions for Criminal Cases, including the directions to counsel. The parties must jointly file their proposed jury instructions via CM/ECF, and must also submit their proposed jury instructions to the Court via e-mail at scola@flsd.uscourts.gov in Word format (.doc) by **November 12, 2014**.

The Court **further orders** the Government to turn over to defense counsel all anticipated Jencks Act material no later than **Tuesday November 4, 2014**.

The Court **further orders** that any objections or motions by one Defendant throughout the trial shall apply to all Defendants unless a Defendant specifically opts out of a motion or objection.

**Done and ordered**, in chambers at Miami, Florida, on October 28, 2014.

*[signature]*
Robert N. Scola, Jr.
United States District Judge