UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.

ROGER ROUSSEAU,

        *Defendant.*

_____/

## DEFENDANT ROGER ROUSSEAU'S WITNESS LIST

Defendant, ROGER ROUSSEAU, files his Witness List with regard to the upcoming Trial and may call some or all of the following individuals in the trial in this matter.

1. Any witnesses listed on the Government's Witness List.

2. Dr. Mario Cuervo

3. Alina Feas

4. Larry Melby

5. Harvey Muskat

6. Dr. Fernando Pino

7. Dr. Joseph Thevenin

8. Dr. Bettina Lozzi-Toscano

Law Offices of Samuel J. Rabin, Jr., P.A., 800 Brickell Avenue, Suite 1400, Miami, FL 33131,  Telephone (305) 358-1064

Respectfully submitted,

**SAMUEL J. RABIN, JR., P.A.**
800 Brickell Avenue, Suite 1400
Miami, FL  33131
Tel: 305•358•1064
Fax: 305•372•1644
Email: sjr@miamilawyer.com


*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October 2014, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.