UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

      *Plaintiff*,

vs.

ALINA FONTS,

      *Defendant*.
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM
INMATE: ALINA FEAS  INMATE №: 02533-104

TO:   ANY UNITED STATES MARSHAL, and
      WARDEN, Coleman Medium FCI, Federal Correctional Institution
      846 Northeast 54th Terrace, Sumterville, Florida  33521

It appearing from the petition of the Defendant, **ALINA FONTS**, that Alina Feas, Register № 02533-104, a material witness in the above-entitled case, is confined in Coleman Medium FCI, Federal Correctional Institution, located at 846 Northeast 54th Terrace, Sumterville, Florida 33521, and that this case is SPECIALLY SET for Trial at 400 North Miami Avenue, Miami, FL 33128 before the Honorable Robert N. Scola, Jr. on Monday, November 3 2014, and that it is necessary for the witness to be before this Honorable Court for the purpose of giving testimony in said proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Alina Feas, Register № 02533-104 now in custody as aforesaid, under safe and secure conduct, before this Honorable Court at 400 North Miami Avenue, Miami, FL 33128 by or before 9:00 a.m. on Monday November 17, 2014, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Federal Correctional Institution, 846 Northeast 54th Terrace, Sumterville, Florida 33521 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Alina Feas, Register № 02533-104 for safe and secure conduct to this district for this purpose.

DONE and ORDERED in the Southern District of Florida on this 29 day of October 2014.

_____
UNITED STATES DISTRICT JUDGE
**ROBERT N. SCOLA, JR.**