UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20505-CR-SCOLA

**UNITED STATES OF AMERICA**,

Plaintiff,
vs.

**LILIANA MARKS**,

Defendant.
_____/

**DEFENDANT LILIANA MARKS'S WITNESS LIST**

**COMES NOW, LILIANA MARKS** by and through undersigned counsel, and hereby files her Witness List with regard to the above captioned matter currently scheduled for Trial on November 3rd, 2014 before this Honorable Court:

1. Any and all witnesses contained on the Government's Witness List.
2. Alina Feas
3. JoAnn Clavin Minea
4. Bessie Gotthold
5. William Maynard

Respectfully submitted by:

**/s/ Frank A. Prieto**
Frank A. Prieto, Esquire
Florida Bar Number: 514071
One Northeast 2nd Ave. Suite 200
Miami, FL 33132
Phone: 305-577-3440
Fax:    305-358-2503
Email: frank@frankprietolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2014, I electronically filed the foregoing document with Clerk of Court using CM/ECF.

/s/ Frank A. Prieto
Frank A. Prieto, Esquire
Florida Bar Number: 514071
One Northeast 2nd Ave. Suite 200
Miami, FL 33132
Phone: 305-577-3440
Fax:    305-358-2503
Email: frank@frankprietolaw.com