UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20505-CR-SCOLA

**UNITED STATES OF AMERICA**,

Plaintiff,
vs.

**DORIS CRABTREE**,

Defendant.
_____/

### DEFENDANT DORIS CRABTREE'S WITNESS LIST

**COMES NOW, CORIS CRABTREE** by and through undersigned counsel, and hereby files her Witness List with regard to the above captioned matter currently scheduled for Trial on November 3rd, 2014 before this Honorable Court:

1. Any and all witnesses contained on the Government's Witness List.
2. Alina Feas
3. Marjorie Deza
4. Angela Conway
5. Alicia Sekisawa

Respectfully submitted by:

**/s/ RENE PALOMINOS JR., ESQ**

Florida Bar No. 381292
1221 Brickell Avenue #900
Miami, FL 33131
(305)496-5017
(786)401-7298 FAX
RPJRLAW@MSN.COM

## CERTIFICATE OF SERVICE

I hereby certify that on this 29TH day of October 2014, I electronically filed the foregoing document with Clerk of Court using CM/ECF.

**/s/ RENE PALOMINO JR., ESQ.**

Florida Bar No. 381292
1221 Brickell Avenue #900
Miami, FL 33131
(305)496-5017
(786)401-7298 FAX
RPJRLAW@MSN.COM