UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20505-CR-SCOLA

UNITED STATES OF AMERICA

v.

ROGER ROUSSEAU, et al.,

        Defendants.
_____/

**PROPOSED WITNESS LIST OF THE UNITED STATES**

The United States of America hereby files this Proposed Witness List:

1. Ruben Busquets
2. Kimberly Coffey
3. FBI Special Agent Joel Cox
4. Armando Gonzalez
5. Dana Gonzalez
6. Alexandra Haynes
7. CBP Special Agent Michael Kaneris
8. Sarah Da Silva Keller
9. Paul Thomas Layman
10. Francisco Pabon
11. Lisset Palmero
12. Gema Pampin

1

13. Rebekah Paone

14. FBI Special Agent Terence Reilly

15. HHS-OIG Special Agent Julie Rivera

16. John Thoen

17. Dr. Patrick Triplett

18. Joseph Valdes

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

By:   /s/ Allan J. Medina
        Allan J. Medina
        Court ID No. A5501748
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Eighth Floor
        Washington, DC 20005
        Tel: (202) 257-6537
        Fax: (202) 514-6118
        Email:  Allan.Medina@usdoj.go

## **CERTIFICATE OF SERVICE**

      I, Allan J. Medina, certify that on October 29, 2014, the foregoing has been served on all attorneys of record in the above-captioned case via the CM/ECF electronic filing system.

                                          By:    /s/ Allan J. Medina
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Criminal Division, Fraud Section