UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-20505-CR-SCOLA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**DORIS CRABTREE,**
**ANGELA SALAFIA,**

**and**

**LILIANA MARKS,**

**Defendants.**

_____/

## DEFENDANTS' JOINT EXHIBIT LIST

DEFENDANTS CRABTREE, SALAFIA and MARKS jointly submit the following exhibits:

| | |
|---|---|
| Defense Exhibit A | Office Floor Plan HCSN East. |
| Defense Composite Exhibit B | HCSN East Payroll Checks and Stubs 2005 through 2010 (Crabtree, Salafia and Marks). |
| Defense Composite Exhibit C | Liliana Marks' ATC Payroll Checks Stubs 2005 through 2011. |
| Defense Composite Exhibit D | Any and all photographs received from the Government pursuant to the Court's standing discovery order. |
| Defense Composite Exhibit E | Any and all documents received from the Government pursuant to the Court's standing discovery order. |
| Defense Exhibit F | DSM IV |

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was electronically filed via the CM/ECF system this 29th day of October 2014.

Respectfully submitted,

**s/Rick Hermida**
Attorney for Ms. Salafia
Florida Bar Number 716790
55 Merrick Way • Suite 212
Coral Gables, FL  33134
Phone 305-461-1116
FAX    305-461-6446
Email:  rick@rphermida.com