UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-20505-CR-SCOLA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**ANGELA SALAFIA,**

**Defendant.**

_____/

**DEFENDANT'S WITNESS LIST**

ANGELA SALAFIA submits the following witness that she may call at trial:

- All witnesses previously listed by the Government.
- Alina Feas.
- Maria C. Gonzalez.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was electronically filed via the CM/ECF system this 29th day of October 2014.

Respectfully submitted,

**s/Rick Hermida**
Attorney for Ms. Salafia
Florida Bar Number 716790
55 Merrick Way • Suite 212
Coral Gables, FL  33134
Phone 305-461-1116
FAX    305-461-6446
Email:  rick@rphermida.com