UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

ALINA FONTS,

    *Defendant*.

_____/

## MOTION REQUESTING DAILY TRIAL TRANSCRIPTS

COMES NOW, the Defendant, **ALINA FONTS**, by and through undersigned CJA counsel, and shows this Honorable Court the following:

1. Undersigned CJA counsel was appointed to represent Ms. Alina Fonts in August, 2014 in the foregoing cause which was originally filed in July, 2013 and has been litigated throughout.

2. The Government has indicated that they will be obtaining daily transcripts of the proceedings.

3. Counsel believes that daily transcripts will assist him in his representation especially since he has been on the case less than 90 days. Counsel specifically requests transcripts of witness testimony.

WHEREFORE, the Defendant, **ALINA FONTS**, respectfully prays that this Honorable Court issue an Order granting the relief sought herein and order the Court Reporter to provide daily trial transcripts to undersigned CJA counsel.

Respectfully submitted,

**JUAN DE JESUS GONZALEZ, LAWYER**
10631 North Kendall Drive
Suite 150
Miami, FL 33176
Tel: 305•596•5400
Fax: 305•596•4515
Email: juangonzalezlaw@aol.com

*s/ Juan De Jesus Gonzlez*

JUAN DE JESUS GONZALEZ
Florida Bar № 371904

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October 2014, a true and correct copy of the foregoing Petition for Writ of Habeas Corpus Ad Testificandum was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

*s/ Juan De Jesus Gonzlez*

JUAN DE JESUS GONZALEZ