UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ROGER ROUSSEAU,

    *Defendant.*

_____/

## DEFENDANT ROGER ROUSSEAU'S EXHIBIT LIST

Defendant, ROGER ROUSSEAU, files his Exhibit List with regard to the upcoming Trial and may use some or all of the following documents in the trial in this matter.

1. Any Exhibits listed in the Government's Exhibit List.

2. At this time the Defendant does not have any Defense Exhibits.

Respectfully submitted,

**SAMUEL J. RABIN, JR., P.A.**
800 Brickell Avenue, Suite 1400
Miami, FL  33131
Tel: 305•358•1064
Fax: 305•372•1644
Email: sjr@miamilawyer.com

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October 2014, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.