UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BLANCA RUIZ,

       Defendant.
_____/

## NOTICE OF FILING

NOTICE IS HEREBY GIVEN that Defendant Blanca Ruiz hereby files the attached Exhibit List for use during trial in this matter.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

       By: /s/ Albert Z. Levin

       ALBERT Z. LEVIN, P.A.
       Courthouse Center
       40 N.W. 3rd Street, Suite 200
       Miami, Florida 33128
       Telephone: (305) 379-7101
       Facsimile: (305) 381-6869
       Florida Bar No. 316581
       alevinlaw@aol.com

AO 187 (Rev. 11/2000) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CR-20505-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BLANCA RUIZ,

        Defendant.
_____/

## EXHIBIT LIST

| PRESIDING JUDGE<br>Robert N. Scola | | PLAINTIFF'S ATTORNEY<br>Allan Medina | | DEFENDANT'S ATTORNEY<br>Albert Z. Levin | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>November 3, 2014 | | COURT REPORTER<br>Carleen Horenkamp | | COURTROOM DEPUTY<br>Jacob Hasbun | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1-A | | | | Composite Exhibit- Photograph |
| | 1-B | | | | Composite Exhibit- Photograph |
| | 1-C | | | | Composite Exhibit- Photograph |
| | 1-D | | | | Composite Exhibit- Photograph |
| | 1-E | | | | Composite Exhibit- Photograph |
| | 1-F | | | | Composite Exhibit- Photograph |
| | 1-G | | | | Composite Exhibit- Photograph |
| | 1-H | | | | Composite Exhibit- Photograph |
| | 1-I | | | | Composite Exhibit- Photograph |
| | 1-J | | | | Composite Exhibit- Photograph |
| | 1-K | | | | Composite Exhibit- Photograph |
| | 1-L | | | | Composite Exhibit- Photograph |
| | 1-M | | | | Composite Exhibit- Photograph |
| | 1-N | | | | Composite Exhibit- Photograph |
| | 1-O | | | | Composite Exhibit- Photograph |
| | 1-P | | | | Composite Exhibit- Photograph |
| | 1-Q | | | | Composite Exhibit- Photograph |
| | 1-R | | | | Composite Exhibit- Photograph |
| | 1-S | | | | Composite Exhibit- Photograph |
| | 1-T | | | | Composite Exhibit- Photograph |

|  | 1-U |  |  |  | Composite Exhibit- Photograph |
|--|-----|--|--|--|-------------------------------|
|  | 1-V |  |  |  | Composite Exhibit- Photograph |
|  | 1-W |  |  |  | Composite Exhibit- Photograph |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.