UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

ALINA FONTS,

    *Defendant*.

_____/

## DEFENSE EXHIBIT LIST

COMES NOW, the Defendant, **ALINA FONTS**, by and through undersigned CJA counsel, and files the foregoing Defense Exhibit List:

1. All Exhibit Lists listed in co-defendant Exhibit Lists.
2. All witnesses listed in Government's Exhibit List.
3. Any and all checks, cell phone records, charts, lists or any document whatsoever produced by the government in connection with witness Paul Layman.

I HEREBY CERTIFY that on this 2nd day of November, 2014, a true and correct copy of the foregoing was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

    Respectfully submitted,

    **JUAN DE JESUS GONZALEZ, LAWYER**
    10631 North Kendall Drive
    Suite 150
    Miami, FL 33176
    Tel: 305•596•5400
    Fax: 305•596•4515
    Email: juangonzalezlaw@aol.com

    *s/ Juan De Jesus Gonzlez*

    JUAN DE JESUS GONZALEZ
    Florida Bar № 371904