UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CR-20505-SCOLA

UNITED STATES OF AMERICA

v.

ROGER ROUSSEAU, et al.,

       Defendants.
_____/

## UNOPPOSED MOTION TO PRE-ADMIT
## CERTAIN GOVERNMENT TRIAL EXHIBITS

The United States of America, by and through the undersigned Trial Attorney, hereby files this Unopposed Motion to Pre-Admit Certain Government Trial Exhibits. Granting the government's motion would obviate the need for the government to establish at trial the authenticity and admissibility of these exhibits, thereby "avoiding wasting time." Fed. R. Evid. 611(a)(2). As noted in the Certificate of Conference, the defendants do not oppose the pre-admission of the following government exhibits:

| | |
|---|---|
| GX 5-8 | HCSN Medicare and Medicaid Claims Data |
| GX 14-23, 75 85-86 | Bank Records |
| GX 25 | Travel Records |
| GX 26-35 | Corporate Records |
| GX 64-65 | Safeguard Services Business Records |

GX 321-326                            Certified Drivers Licenses

                              Respectfully submitted,

                              WIFREDO FERRER
                              UNITED STATES ATTORNEY

By:    /s/ *Allan J. Medina*
        Allan J. Medina
        Court ID No. A5501748
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Eighth Floor
        Washington, DC 20005
        Tel: (202) 257-6537
        Fax: (202) 514-6118
        Email:   Allan.Medina@usdoj.gov

**CERTIFICATE OF CONFERENCE**

      I, Allan J. Medina, certify that on November 3, 2014, I conferred with defense counsel, and each stated that they do not oppose the pre-admission of these exhibits.

      By:    /s/ *Allan J. Medina*
                   Allan J. Medina
                   Trial Attorney
                   United States Department of Justice
                   Criminal Division, Fraud Section