UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20505-CR-SCOLA

MINUTES FOR CRIMINAL JURY TRIAL

**DAY 3** – Wednesday, November 5, 2014

UNITED STATES OF AMERICA,
DOJ Allan J. Medina 202-257-6537
DOJ A. Brendan Stewart 202-716-1142
DOJ Justin Goodyear 202-307-5797

VS

(1) ROGER ROUSSEAU (B) 03652-104
  Samuel Joseph Rabin, Jr. 305-358-1064
  Andrea Lopez, Esquire

(2) DORIS CRABTREE (B) 03656-104
  Rene Palomino, Jr. 305-496-5017

(3) ANGELA SALAFIA (B) 03651-104
  Ricardo P. Hermida 305-461-1116

(4) LILIANA MARKS (B) 03654-104
  Frank Andrew Prieto 305-577-3440

(6) ALINA FONTS (B) 03657-104 (Spanish interpreter)
  Juan De Jesus Gonzalez 305-596-4500

(7) BLANCA RUIZ (B) 03658-104
  Albert Zachary Levin 305-379-7101

---

COURT REPORTER: Carleen Horenkamp

MISCELLANEOUS: Opening statements made by the remaining four defendants. Witnesses testified: Rebekah Paone, Lisset Palmero.  Juror Number 3 and 6 were excused from the panel.

JURY TRIAL CONTINUED:  November 6, 2014.