UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

ALINA FONTS,

    *Defendant*.

_____/

## MOTION REQUESTING TRIAL TRANSCRIPT OF WITNESS BUSQUETS DIRECT EXAMINATION

COMES NOW, the Defendant, **ALINA FONTS**, by and through undersigned CJA counsel, and shows this Honorable Court the following:

1. Undersigned CJA counsel was appointed to represent Ms. Alina Fonts in August, 2014 in the foregoing cause which was originally filed in July, 2013 and has been litigated throughout.

2. The Government conducted a direct examination of the cooperating witness Ruben Busquets on Friday, November 7, 2014. The witness Busquets worked at both the East and West locations of HCSN. The witness answered similar questions relating to both locations and there is confusion among a number of the lawyers and observers as to what the precise answers were. The confusion is exacerbated by the fact that the witness testified in Spanish translated to English.

3. A review of his direct examination is important to the response of the defendant.

WHEREFORE, the Defendant, **ALINA FONTS**, respectfully prays that this

Honorable Court issue an Order granting the relief sought herein and order the Court Reporter to provide the trial transcripts of witness Busquets direct examination.

Respectfully submitted,

**JUAN DE JESUS GONZALEZ, LAWYER**
10631 North Kendall Drive
Suite 150
Miami, FL 33176
Tel: 305•596•5400
Fax: 305•596•4515
Email: juangonzalezlaw@aol.com

*s/ Juan De Jesus Gonzlez*

JUAN DE JESUS GONZALEZ
Florida Bar № 371904

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of Novemb, 2014, a true and correct copy of the foregoing was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

*s/ Juan De Jesus Gonzlez*

JUAN DE JESUS GONZALEZ