United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,  )<br>Plaintiff )<br> )<br>v.  ) <br> )<br>Alina Fonts,  )<br>Defendant.  ) | Criminal Case No. 13-20525-CR-Scola |

### Order Granting Defendant's Motion

This matter is before the Court pursuant to the Defendant's Motion Requesting Trial Transcript of Witness Ruben Busquets' Direct Examination, filed November 9, 2014, it is hereby

**Ordered and Adjudged** that the Defendant's Motion (**ECF No. 304**) is hereby **granted**. The Court orders the reporter to prepare the trial transcript of witness Ruben Busquets' direct examination but not on an expedited basis.

**Done and Ordered** at Miami, Florida, on November 10, 2014.

UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.

cc: Counsel of record
   Carleen Horenkamp, Court Reporter