UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20505-CR-SCOLA

MINUTES FOR CRIMINAL JURY TRIAL

**DAY 6** – Monday, November 10, 2014

UNITED STATES OF AMERICA,
DOJ Allan J. Medina 202-257-6537
DOJ A. Brendan Stewart 202-716-1142
DOJ Justin Goodyear 202-307-5797

VS

(1) ROGER ROUSSEAU (B) 03652-104
    Samuel Joseph Rabin, Jr. 305-358-1064
    Andrea Lopez, Esquire

(2) DORIS CRABTREE (B) 03656-104
    Rene Palomino, Jr. 305-496-5017

(3) ANGELA SALAFIA (B) 03651-104
    Ricardo P. Hermida 305-461-1116

(4) LILIANA MARKS (B) 03654-104
    Frank Andrew Prieto 305-577-3440

(6) ALINA FONTS (B) 03657-104 (Spanish interpreter)
    Juan De Jesus Gonzalez 305-596-4500

(7) BLANCA RUIZ (B) 03658-104
    Albert Zachary Levin 305-379-7101

---

COURT REPORTER: Carleen Horenkamp

MISCELLANEOUS: Jury trial held.  Witnesses testified: Ruben Busquets, Dana Gonzalez, and Alexandra Haynes.

JURY TRIAL CONTINUED:  Wednesday, November 12, 2014 at 9:00 AM.