UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20505-CR-SCOLA

## MINUTES FOR CRIMINAL JURY TRIAL

**DAY 8** – Thursday, November 13, 2014

UNITED STATES OF AMERICA,
DOJ Allan J. Medina 202-257-6537
DOJ A. Brendan Stewart 202-716-1142
DOJ Justin Goodyear 202-307-5797

VS

(1) ROGER ROUSSEAU (B) 03652-104
   Samuel Joseph Rabin, Jr. 305-358-1064
   Andrea Lopez, Esquire

(2) DORIS CRABTREE (B) 03656-104
   Rene Palomino, Jr. 305-496-5017

(3) ANGELA SALAFIA (B) 03651-104
   Ricardo P. Hermida 305-461-1116

(4) LILIANA MARKS (B) 03654-104
   Frank Andrew Prieto 305-577-3440

(6) ALINA FONTS (B) 03657-104 (Spanish interpreter)
   Juan De Jesus Gonzalez 305-596-4500

(7) BLANCA RUIZ (B) 03658-104
   Albert Zachary Levin 305-379-7101

-------------------------------------------------------------------------------------------------------------------

COURT REPORTER: Carleen Horenkamp

MISCELLANEOUS: Jury trial held.  Witnesses testified: Kimberly Coffey, Julie Rivera, and Dr. Patrick Triplett.  Trial is <u>not</u> in session Friday, November 14, 2014.

JURY TRIAL CONTINUED:  Monday, November 17, 2014 at 9:30 AM.