UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ROGER ROUSSEAU,

    *Defendant.*

_____/

### DEFENDANT ROGER ROUSSEAU'S SUPPLEMENTAL WITNESS LIST

Defendant, ROGER ROUSSEAU, files his Supplemental Witness List.

1. Dr. Fernando Mendez-Villamil.

2. Raul Mesa.

Respectfully submitted,

**SAMUEL J. RABIN, JR., P.A.**
800 Brickell Avenue, Suite 1400
Miami, FL  33131
Tel: 305•358•1064
Fax: 305•372•1644
Email: sjr@miamilawyer.com

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November 2014, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.

Law Offices of Samuel J. Rabin, Jr., P.A., 800 Brickell Avenue, Suite 1400, Miami, FL 33131,  Telephone (305) 358-1064