UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

       *Plaintiff*,

vs.

ALINA FONTS,

       *Defendant*.

_____/

## ORDER ON DEFENDANT'S ORE TENUS MOTION TO RELEASE PASSPORT

THIS CAUSE having come to be heard upon Defendant's Ore Tenus Motion to Release Passport and the Court having been otherwise advised of its premises it is hereby

ORDERED that Pretrial Services release Defendant Alina Fonts' passport to her attorney, Juan de Jesus Gonzalez for inspection and possible introduction as evidence in the instant case.  Further, the passport will remain in the possession of attorney Juan de Jesus Gonzalez until it is introduced as evidence or returned to Pretrial Services.

DONE AND ORDERED in Miami, Dade County, Florida this _19_ day of November, 2014.

Judge Robert N. Scola, Jr.
United States District Court Judge
Southern District of Florida