United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, )<br>Plaintiff )<br> )<br>v. )<br> )<br>Roger Rousseau, Doris Crabtree, )<br>Angela Salafia, Liliana Marks, )<br>Alina Fonts, and Blanca Ruiz, )<br>Defendants ) | Case No. 13-20505-CR-Scola |

### Jury Note/Question

We have reached an agreement on 10 counts No unanimous decision on six