United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | |
| ) | Criminal Case No. 13-cr-20505 |
| Roger Rousseau, Doris ) | |
| Crabtree, Angela Salafia, ) | |
| Liliana Marks, Alina Fonts, ) | |
| and Blanca Ruiz, Defendants ) | |

## **Verdict**

### **Count 1**

1. We, the Jury, unanimously find the defendant, **Roger Rousseau**, as to Count One of the Indictment:  No decision

    Guilty _____        Not Guilty _____

2. We, the Jury, unanimously find the defendant, **Doris Crabtree**, as to Count One of the Indictment:  No decision

    Guilty _____        Not Guilty _____

3. We, the Jury, unanimously find the defendant, **Angela Salafia**, as to Count One of the Indictment:  No decision

    Guilty _____        Not Guilty _____

4. We, the Jury, unanimously find the defendant, **Liliana Marks**, as to Count One of the Indictment:  No decision

    Guilty _____        Not Guilty _____

5. We, the Jury, unanimously find the defendant, **Alina Fonts**, as to Count One of the Indictment:

    Guilty  ✓        Not Guilty _____

6. We, the Jury, unanimously find the defendant, **Blanca Ruiz**, as to Count One of the Indictment:

Guilty ✓   Not Guilty ____

## Count 2

We, the Jury, unanimously find the defendant, **Roger Rousseau**, as to Count Two of the Indictment: NO decision

Guilty ____   Not Guilty ____

## Count 3

We, the Jury, unanimously find the defendant, **Roger Rousseau**, as to Count Three of the Indictment: no decision

Guilty ____   Not Guilty ____

## Count 4

We, the Jury, unanimously find the defendant, **Alina Fonts**, as to Count Four of the Indictment:

Guilty ✓   Not Guilty ____

## Count 5

We, the Jury, unanimously find the defendant, **Alina Fonts**, as to Count Five of the Indictment:

Guilty ✓   Not Guilty ____

**Count 6**

We, the Jury, unanimously find the defendant, **Doris Crabtree**, as to Count Six of the Indictment:

Guilty \_\_\_\_        Not Guilty ✓

**Count 7**

We, the Jury, unanimously find the defendant, **Doris Crabtree**, as to Count Seven of the Indictment:

Guilty \_\_\_\_        Not Guilty ✓

**Count 8**

We, the Jury, unanimously find the defendant, **Angela Salafia**, as to Count Eight of the Indictment:

Guilty \_\_\_\_        Not Guilty ✓

**Count 9**

We, the Jury, unanimously find the defendant, **Angela Salafia**, as to Count Nine of the Indictment:

Guilty \_\_\_\_        Not Guilty ✓

**Count 10**

We, the Jury, unanimously find the defendant, **Liliana Marks**, as to Count Ten of the Indictment:

Guilty \_\_\_\_        Not Guilty ✓

**Count 11**

We, the Jury, unanimously find the defendant, **Liliana Marks**, as to Count Eleven of the Indictment:

Guilty \_\_\_\_\_        Not Guilty \_\_✓\_\_

**So Say We All.**

Signed at the Wilkie D. Ferguson, Jr. Federal Courthouse, at Miami, Florida, on \_\_Nov 25_____, 2014.