# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

    Plaintiff(s)

Case No. 13-20505-CR-SCOLA

vs.

ROGER ROUSSEAU, ET. AL.,

    Defendant(s)

### RELEASE OF EXHIBITS (GOVERNMENT)

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
    Item Nos. _____

☑ Other (Explain): SEE EXHIBIT LIST.

☑ Attachments
    (Exhibit List, Order of Court)

SIGNATURE: [signature]
PRINT NAME: Allan J. Medina
AGENCY OF FIRM: Department of Justice
ADDRESS: 1400 New York NW Washington, DC 20005
TELEPHONE: (202) 257-6537
DATE: 11/25/2014

EXHIBITS RELEASED BY: JACOB M. HASBUN
    (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

ROGER ROUSSEAU, et. al.

GOVERNMENT ADMITTED
EXHIBIT LIST

CASE NUMBER: 13-20505-CR-SCOLA

| PRESIDING JUDGE | | | | GOVERNMENT ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|---|---|---|
| Robert N. Scola, Jr. | | | | Allan Medina, Brendan Stewart, Justin Goodyear | Samuel Rabin, Rene Palomino, Ricardo Hermida, Frank Prieto, Juan DeJesus Gonzalez, Albert Levin |
| TRIAL DATE | | | | COURT REPORTER | COURTROOM DEPUTY |
| November 3, 2014 | | | | Carleen Horenkamp | Jacob Hasbun |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| GX 1 | | 11/5 | | X | Retired Partial Hospitalization Program LCD – FL |
| GX 2 | | 11/5 | | X | Partial Hospitalization Program LCD – FL |
| GX 3 | | 11/5 | | X | Retired Partial Hospitalization Program LCD – NC |
| GX 4 | | 11/5 | | X | Partial Hospitalization Program LCD – NC |
| GX 5 | | 11/4 | | X | HCSN-FL East Medicare Claims Data |
| GX 6 | | 11/4 | | X | HCSN-FL West Medicare Claims Data |
| GX 7 | | 11/4 | | X | HCSN-NC Medicare Claims Data |
| GX 8 | | 11/4 | | X | HCSN-FL Medicaid Claims Data |
| GX 14 | | 11/4 | | X | HCSN SunState Bank Account Ending x5171 |
| GX 15 | | 11/4 | | X | HCSN SunState Bank Account Ending x7094 |
| GX 16 | | 11/4 | | X | HCSN JP Morgan Chase Bank Account Ending x0811 |
| GX 17 | | 11/4 | | X | Psychiatric Consulting Network, Inc. Washington Mutual Bank Account Ending x7153 |
| GX 18 | | 11/4 | | X | Checks from Psychiatric Consulting Network, Inc. Washington Mutual Bank Account Ending x7153 to Roger Rousseau |
| GX 19 | | 11/4 | | X | Checks from HCSN SunState Bank Account Ending x7094 to Alina Fonts and/or Fonts Psychotherapy Clinician, Inc. ("Notes") |
| GX 20 | | 11/4 | | X | Checks from HCSN SunState Bank Account Ending |

1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | x5171 to Alina Fonts and/or Fonts Psychotherapy Clinician, Inc. ("Notes and Charts") |
| GX 21 | | 11/4 | | X | Checks from HCSN SunState Bank Account Ending x7094 to Blanca Ruiz and/or Health Care Professional Services, Inc. ("Notes") |
| GX 22 | | 11/4 | | X | Checks from HCSN SunState Bank Account Ending x5171 to Blanca Ruiz and/or Health Care Professional Services, Inc. ("Notes") |
| GX 23 | | 11/4 | | X | Blanca Ruiz Account Opening Documents |
| GX 25 | | 11/4 | | X | Roger Rousseau Travel Records |
| GX 26 | | 11/4 | | X | HCSN-FL Corporate Records |
| GX 27 | | 11/4 | | X | HCSN-NC Corporate Records |
| GX 28 | | 11/4 | | X | Balance Family Center, LLC Corporate Records |
| GX 29 | | 11/4 | | X | Crabtree Consulting, Inc Corporate Records |
| GX 30 | | 11/4 | | X | Fonts Psychotherapy Clinician, Inc Corporate Records |
| GX 31 | | 11/4 | | X | Health Care Professional Services, Inc Corporate Records |
| GX 32 | | 11/4 | | X | Mental Health Solution, PA Corporate Records |
| GX 33 | | 11/4 | | X | Procare Management & Financial Network, Inc Corporate Records |
| GX 34 | | 11/4 | | X | Psychiatric Consulting Network, Inc Corporate Records |
| GX 35 | | 11/4 | | X | Roger Rousseau, MD, PA Corporate Records |
| GX 49 | | 11/5 | | X | December 31, 2007 Daily Call List with Handwritten Notes |
| GX 50 | | 11/6 | | X | January 2008 HCSN Therapist Daily Summary of Activities – Group White |
| GX 51 | | 11/5 | | X | March 7, 2008 Fax Re: New White List Admissions |
| GX 52 | | 11/5 | | X | January 18, 2007 HCSN-FL East Transportation Request Form |
| GX 54 | | 11/5 | | X | May 11, 2007 HCSN-FL East Billing Spreadsheet with Annotated Patient Lists |
| GX 55 | | 11/5 | | X | May 18, 2007 HCSN-FL East Billing Spreadsheet with Annotated Patient List |
| GX 56 | | 11/5 | | X | August 17, 2007 Fax with HCSN-FL East Attendance Lists |
| GX 57 | | 11/6 | | X | September 1, 2007 HCSN-FL West Treatment Schedule |
| GX 64 | | 11/4 | | X | March 30, 2011 Fax to DOH Re Administrative Action |
| GX 65 | | 11/4 | | X | Health Care Solutions Network of North Carolina Business Corporation Annual Report |

| GX 67 |  | 11/17 |  | X | Coloring Book Drawings |
|---|---|---|---|---|---|
| GX 70 |  | 11/12 |  | X | April 1, 2009 Patient Lists |
| GX 71 |  | 11/12 |  | X | April 21, 2009 Patient Lists |
| GX 72 |  | 11/12 |  | X | June 16, 2009 Fax with Patient List |
| GX 73 |  | 11/12 |  | X | July 1, 2009 Fax Cover Sheet |
| GX 74 |  | 11/12 |  | X | July 10, 2009 Fax Cover Sheet |
| GX 79 |  | 11/5 |  | X | May 30, 2008 Patient List |
| GX 87 |  | 11/5 |  | X | May 22, 2008 Fax Re W-9/Corporation |
| GX 102 |  | 11/5 |  | X | Margarita De Armas Patient File |
| GX 103 |  | 11/5 |  | X | Maria Rosario Patient File |
| GX 104 |  | 11/5 |  | X | Petrona de la Torre Patient File |
| GX 106 |  | 11/5 |  | X | Ondina Duenas Patient File |
| GX 108 |  | 11/5 |  | X | Reinaldo Rodriguez Patient File |
| GX 109 |  | 11/5 |  | X | Divina Garcia Patient File |
| GX 110 |  | 11/5 |  | X | Steven Abbott Patient File |
| GX 112 |  | 11/5 |  | X | Mercedes Martinez Patient File |
| GX 113 |  | 11/5 |  | X | Celia Capestany Patient File (MR# 10-1076) |
| GX 114 |  | 11/5 |  | X | Clara Illas Patient File (MR# 09-958-1) |
| GX 115 |  | 11/5 |  | X | Angel Santa Patient File (MR# 09-854-2) |
| GX 116 |  | 11/5 |  | X | Norma Lopez Patient File (MR# 09-960-1) |
| GX 117 |  | 11/5 |  | X | Jesus Albuerne Patient File (MR# 09-976-1) |
| GX 118 |  | 11/5 |  | X | Luis Fernandez Patient File (MR# 09-971-1) |
| GX 119 |  | 11/5 |  | X | Berta Lucambio Patient File (MR# 09-961-1) |
| GX 120 |  | 11/5 |  | X | Adelina Llanza Patient File (MR# 10-1-54-2) |
| GX |  | 11/5 |  | X | Osmel Alvarez Patient File (MR# 10-1059) |

| | | | | | |
|---|---|---|---|---|---|
| 121 | | | | | |
| GX 122 | | 11/5 | | X | Gloria Pertierra Patient File (MR# 08-744-2) |
| GX 123 | | 11/5 | | X | Mayda Lezcano Patient File (MR# 09-932-1) |
| GX 124 | | 11/5 | | X | Geronimo Paulino Patient File (MR# 09-943-1) |
| GX 125 | | 11/5 | | X | Augusta Gerones Patient File (MR# 09-952-1) |
| GX 126 | | 11/5 | | X | Juan Hernandez Patient File (MR# 10-1063) |
| GX 127 | | 11/5 | | X | Clarabell Rogel Patient File (MR# 09-950-1) |
| GX 128 | | 11/5 | | X | Carl Felton Patient File (MR# 09-924-10) |
| GX 129 | | 11/5 | | X | Idelfonso Mederos Patient File (MR# 10-1045) |
| GX 130 | | 11/5 | | X | Joel Medeiros Patient File (MR# 10-1048) |
| GX 131 | | 11/5 | | X | Eduardo Santos Patient File (MR# 07-467-3) |
| GX 132 | | 11/5 | | X | Marlaine Nicolas Patient File (MR# 05-141-8) |
| GX 133 | | 11/5 | | X | Josefa Rivera Patient File (MR# 09-880-2) |
| GX 134 | | 11/5 | | X | Ramona Fernandez Patient File (MR# 09-989-1) |
| GX 135 | | 11/5 | | X | Leonie Harrison Patient File (MR# 08-747-3) |
| GX 136 | | 11/5 | | X | Georgina Figueroa Patient File (MR# 08-805-3) |
| GX 137 | | 11/5 | | X | Maria Almager Patient File (MR# 07-456-3) |
| GX 138 | | 11/5 | | X | Rene Mendez Patient File (MR# 10-1080) |
| GX 139 | | 11/5 | | X | Felix Pena Patient File (MR# 10-1071) |
| GX 140 | | 11/5 | | X | Haydee Ledesma Patient File (MR# 10-1068) |
| GX 141 | | 11/5 | | X | Sixto Flores Patient File (MR# 10-1073) |
| GX 142 | | 11/5 | | X | William Berry Patient File (MR# 10-1069) |
| GX 143 | | 11/5 | | X | Venerando de la Campa Patient File (MR# 10-1078) |

| | | | | | |
|---|---|---|---|---|---|
| GX 144 | | 11/5 | | X | William Sutton Patient File (MR# 10-1084) |
| GX 145 | | 11/5 | | X | Aida Maldonado Patient File (MR# 10-1083) |
| GX 146 | | 11/5 | | X | Aneida Leyva Patient File (MR# 10-1081) |
| GX 147 | | 11/5 | | X | Luis Abeledo Patient File (MR# 10-1082) |
| GX 148 | | 11/5 | | X | Gisela Faife Patient File (MR# 10-1044-1) |
| GX 149 | | 11/5 | | X | Alfredo Pena Patient File (MR# 10-1047) |
| GX 150 | | 11/5 | | X | Ondina Duenas Patient File (MR# 04-14-8) |
| GX 151 | | 11/5 | | X | Hector Sarria Patient File (MR# 08-772-4) |
| GX 152 | | 11/5 | | X | Silvia Alvarez Patient File (MR# 09-831-2) |
| GX 153 | | 11/5 | | X | Luis Morales Patient File (MR# 10-1015-1) |
| GX 154 | | 11/5 | | X | Marina Aquino Patient File (MR# 09-900-1) |
| GX 155 | | 11/5 | | X | Marta Francos Patient File (MR# 09-894-1) |
| GX 156 | | 11/5 | | X | Leticia Williams Patient File (MR# 10-1040-1) |
| GX 157 | | 11/5 | | X | Tamara Olson Patient File (MR# 08-803-2) |
| GX 158 | | 11/5 | | X | Jorge Karuz Patient File (MR# 09-882-2) |
| GX 159 | | 11/5 | | X | Migdalia Lantigua Patient File (MR# 10-1049) |
| GX 160 | | 11/5 | | X | Berta Gerardo Patient File (MR# 09-826-2) |
| GX 161 | | 11/5 | | X | Agustin Curbelo Patient File (MR# 10-1062) |
| GX 162 | | 11/5 | | X | Jorge Sanchez Patient File (MR# 10-1046) |
| GX 163 | | 11/5 | | X | Maria Quiroga Patient File (MR# 396-01) |
| GX 164 | | 11/5 | | X | Aurora Orellana Patient File (MR# 409-01) |
| GX 165 | | 11/5 | | X | Maria Mandulay Patient File (MR# 412-01) |
| GX | | 11/5 | | X | Lazara Demier Patient File (MR# 413-01) |

| | | | | | |
|---|---|---|---|---|---|
| 167 | | | | | |
| GX 168 | | 11/5 | | X | Elana Kerbis Patient File (MR# 174-01) |
| GX 169 | | 11/5 | | X | Ramona Flores Patient File (MR# 082-02) |
| GX 170 | | 11/5 | | X | Eva Weisz Patient File (MR# 070-03) |
| GX 171 | | 11/5 | | X | Eva Weisz Patient File (MR# 070-04) |
| GX 172 | | 11/5 | | X | Steven Abbott Patient File (MR# 225-04) |
| GX 173 | | 11/5 | | X | Steven Abbott Patient File (MR# 225-07) |
| GX 174 | | 11/5 | | X | Dulce de la Torre Patient File (MR# 06-341-4) |
| GX 175 | | 11/5 | | X | Dulce de la Torre Patient File (MR# 06-341-5) |
| GX 176 | | 11/5 | | X | Josefa Rivera Patient File (MR# 09-880-1) |
| GX 177 | | 11/5 | | X | Rafael Alujas Patient File (MR# 07-469-00) |
| GX 178 | | 11/5 | | X | Elsa Rojas Patient File (MR# 07-438-00) |
| GX 179 | | 11/5 | | X | Ela Rivero Patient File (MR# 07-433-00) |
| GX 180 | | 11/5 | | X | William Stubock Patient File (MR# 087-01) |
| GX 181 | | 11/5 | | X | William Stubock Patient File (MR# 087-02) |
| GX 182 | | 11/5 | | X | William Stubock Patient File (MR# 087-03) |
| GX 183 | | 11/5 | | X | William Stubock Patient File (MR# 087-04) |
| GX 184 | | 11/5 | | X | Peterssen Gemma Patient File (MR# 1065-00) |
| GX 185 | | 11/5 | | X | Peterssen Gemma Patient File (MR# 1065-01) |
| GX 186 | | 11/5 | | X | Herminio Rodriguez Patient File (MR# 532-00) |
| GX 187 | | 11/5 | | X | Pedro Llaguno Patient File (MR# 346-01) |
| GX 188 | | 11/18 | | X | Manuel de la Torre Patient File (MR# 074-03) |
| GX 200 | | 11/7 | | X | Ruben Busquets Plea Agreement |

| | | | | |
|---|---|---|---|---|
| GX 202 | | 11/10 | | X | Dana Gonzalez Plea Agreement |
| GX 203 | | 11/10 | | X | Alexandra Haynes Plea Agreement |
| GX 205 | | 11/12 | | X | Paul Thomas Layman Plea Agreement |
| GX 206 | | 11/7 | | X | Francisco Pabon Plea Agreement |
| GX 207 | | 11/5 | | X | Lisset Palmero Plea Agreement |
| GX 208 | | 11/7 | | X | Gema Pampin Plea Agreement |
| GX 209 | | 11/6 | | X | John Thoen Plea Agreement |
| GX 302 | | 11/6 | | X | Wondera Eason Photo |
| GX 303 | | 11/5 | | X | Alina Feas Photo |
| GX 305 | | 11/5 | | X | Armando Gonzalez Photo |
| GX 306 | | 11/5 | | X | Dana Gonzalez Photo |
| GX 310 | | 11/6 | | X | Wilson Lopez Photo |
| GX 314 | | 11/5 | | X | Gema Pampin Photo |
| GX 321 | | 11/4 | | X | Doris Crabtree Florida Driver License |
| GX 322 | | 11/4 | | X | Alina Fonts Florida Driver License |
| GX 323 | | 11/4 | | X | Liliana Marks Florida Driver License |
| GX 324 | | 11/4 | | X | Roger Rousseau Florida Driver License |
| GX 325 | | 11/4 | | X | Blanca Ruiz Florida Driver License |
| GX 326 | | 11/4 | | X | Angela Salafia Florida Driver License |
| GX 327 | | 11/6 | | X | Photo of Health Care Solutions Network at 9245 SW 158 Lane |
| GX 1000 | | 11/17 | | X | Summary Chart: HCSN Employee Total Compensation Comparison |
| GX 1001 | | 11/17 | | X | Summary Chart: HCSN Employee Annualized Salary Comparison |
| GX | | 11/12 | | X | Summary Chart: Count 2 as to Defendant Roger Rousseau |

| 1002 | | | | | |
|---|---|---|---|---|---|
| GX 1003 | | 11/12 | | X | Summary Chart: Count 3 as to Defendant Roger Rousseau |
| GX 1004 | | 11/12 | | X | Summary Chart: Count 4 as to Defendant Alina Fonts |
| GX 1005 | | 11/12 | | X | Summary Chart: Count 5 as to Defendant Alina Fonts |
| GX 1006 | | 11/17 | | X | Summary Chart: Count 6 as to Defendant Doris Crabtree |
| GX 1007 | | 11/17 | | X | Summary Chart: Count 7 as to Defendant Doris Crabtree |
| GX 1008 | | 11/17 | | X | Summary Chart: Count 8 as to Defendant Angela Salafia |
| GX 1009 | | 11/17 | | X | Summary Chart: Count 9 as to Defendant Angela Salafia |
| GX 1010 | | 11/17 | | X | Summary Chart: Count 10 as to Defendant Liliana Marks |
| GX 1011 | | 11/17 | | X | Summary Chart: Count 11 as to Defendant Liliana Marks |
| GX 1012 | | 11/17 | | X | Summary Chart: Doris Crabtree – ATC and HCSN Compensation January 25, 2010 through March 8, 2010 |
| GX 1013 | | 11/17 | | X | Summary Chart: Liliana Marks – ATC and HCSN Annual Compensation 2006-2010 |
| GX 1014 | | 11/12 | | X | Summary Chart: Overall HCSN Medicare and Medicaid Billings and Payments 2004-2011 |
| GX 1015 | | 11/12 | | X | Summary Chart: HCSN – East Attending Physician Percentages Based on Medicare Submitted Charges |
| GX 1016 | | 11/12 | | X | Summary Chart: HCSN – East Attending Physician Percentages Based on Medicare Payments |
| GX 1017 | | 11/12 | | X | Summary Chart: Number of Days Roger Rousseau Was Listed as Attending Physician at HCSN and Other CMHCs |
| GX 1018 | | 11/12 | | X | Summary Chart: HCSN – East Number of Patients with Roger Rousseau as Attending Physician During July 2010 Out of Country Dates |
| GX 1019 | | 11/12 | | X | Summary Chart: Length of Service for Top Beneficiaries Based on Submitted Charges |
| GX 1020 | | 11/17 | | X | Summary Chart: Rousseau Foreign Travel Comparison Counts 2 and 3 |
| GX 1021 | | 11/17 | | X | Summary Chart: Patient File of Reinaldo Rodriguez |
| GX 1022 | | 11/17 | | X | Summary Chart: Patient File of Steven Abbott |
| GX 1023 | | 11/19 | | X | Summary Chart: HCSN – West Attending Physician Percentages Based on Medicare Submitted Charges |