# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

Case No. 13-20505-CR-SCoLA

vs.

ROGER ROUSSEAU, ET. AL.,

Defendant(s)

## RELEASE OF EXHIBITS ( DEFENDANTS).

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☐ Other  (Explain) :  _____

   _____

   _____

☑ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____

PRINT NAME: Allan J. Medina

AGENCY OF FIRM: Department of Justice

ADDRESS: 1400 New York Ave, NW  Washington, DC 20005

EXHIBITS RELEASED
BY: JACOB HASBUN.
   (Deputy Clerk)

TELEPHONE: (202) 257-6537

DATE: 11/25/2014

* The government is taking possession of the defendants
exhibits for copying and will return to counsel
within a week.

ORIGINAL-Court File
cc:  Records Section
     Courtroom Deputy
     Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.

ROGER ROUSSEAU,

        *Defendant.*

_____/

## DEFENDANT ROGER ROUSSEAU'S EXHIBIT LIST

Defendant, ROGER ROUSSEAU, files his Exhibit List with regard to the upcoming Trial and may use some or all of the following documents in the trial in this matter.

1.      Any Exhibits listed in the Government's Exhibit List.

2.      At this time the Defendant does not have any Defense Exhibits.

*RR A - Plea Agreement Feas 4/19 ✓✓*

Law Offices of Samuel J. Rabin, Jr., P.A., 800 Brickell Avenue, Suite 1400, Miami, FL 33131, Telephone (305) 358-1064

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER:  13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DORIS CRABTREE,
ANGELA SALAFIA,

and

LILIANA MARKS,

Defendants.

_____/

### DEFENDANTS' JOINT EXHIBIT LIST

DEFENDANTS CRABTREE, SALAFIA and MARKS jointly submit the following exhibits:

| | |
|---|---|
| Defense Exhibit A | Office Floor Plan HCSN East. |
| Defense Composite Exhibit B | HCSN East Payroll Checks and Stubs 2005 through 2010 (Crabtree, Salafia and Marks). |
| Defense Composite Exhibit C | Liliana Marks' ATC Payroll Checks Stubs 2005 through 2011. |
| Defense Composite Exhibit D | Any and all photographs received from the Government pursuant to the Court's standing discovery order. |
| Defense Composite Exhibit E | Any and all documents received from the Government pursuant to the Court's standing discovery order. |
| Defense Exhibit F | DSM IV |

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was electronically filed via the CM/ECF system this 29th day of October 2014.

Respectfully submitted,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 13-20505-CR-SCOLA

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.

ALINA FONTS,

        *Defendant.*

_____/

## DEFENSE EXHIBIT LIST

COMES NOW, the Defendant, ALINA FONTS, by and through undersigned CJA

counsel, and files the foregoing Defense Exhibit List:

    1.    All Exhibit Lists listed in co-defendant Exhibit Lists.
    2.    All witnesses listed in Government's Exhibit List.
    3.    Any and all checks, cell phone records, charts, lists or any document whatsoever produced by the government in connection with witness Paul Layman.

I HEREBY CERTIFY that on this 2nd day of November, 2014, a true and correct copy of the foregoing was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

Respectfully submitted,

**JUAN DE JESUS GONZALEZ, LAWYER**
10631 North Kendall Drive
Suite 150
Miami, FL 33176
Tel: 305•596•5400
Fax: 305•596•4515
Email: juangonzalezlaw@aol.com

*s/ Juan De Jesus Gonzlez*

JUAN DE JESUS GONZALEZ
Florida Bar № 371904

Page 1 of 1

AO 187 (Rev. 11/2000) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-CR-20505-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BLANCA RUIZ,

        Defendant.

_____/

### EXHIBIT LIST

| PRESIDING JUDGE Robert N. Scola | | PLAINTIFF'S ATTORNEY Allan Medina | | DEFENDANT'S ATTORNEY Albert Z. Levin |
|---|---|---|---|---|
| TRIAL DATE(S) November 3, 2014 | | COURT REPORTER Carleen Horenkamp | | COURTROOM DEPUTY Jacob Hasbun |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1-A | 11/12 | ✓ | ✓ | Composite Exhibit- Photograph |
| | 1-B | | | | Composite Exhibit- Photograph |
| | 1-C | | | | Composite Exhibit- Photograph |
| | 1-D | | | | Composite Exhibit- Photograph |
| | 1-E | | | | Composite Exhibit- Photograph |
| | 1-F | ✓ | ✓ | ✓ | Composite Exhibit- Photograph |
| | 1-G | | | | Composite Exhibit- Photograph |
| | 1-H | | | | Composite Exhibit- Photograph |
| | 1-I | | | | Composite Exhibit- Photograph |
| | 1-J | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| | 1-K | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| | 1-L | | | | Composite Exhibit- Photograph |
| | 1-M | | | | Composite Exhibit- Photograph |
| | 1-N | | | | Composite Exhibit- Photograph |
| | 1-O | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| | 1-P | | | | Composite Exhibit- Photograph |
| | 1-Q | | | | Composite Exhibit- Photograph |
| | 1-R | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| | 1-S | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| | 1-T | 4/18 | ✓ | ✓ | Composite Exhibit- Photograph |

| | | | | |
|---|---|---|---|---|
| 1-U | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| 1-V | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| 1-W | 11/18 | ✓ | ✓ | Composite Exhibit- Photograph |
| 2 | 11/6 | ✓ | ✓ | termination letter |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.