United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Doris Crabtree,<br>Defendant. | )<br>)<br>)<br>) Criminal Case No. 13-20505-CR-Scola<br>)<br>)<br>) |

**Judgment of Acquittal Only As To Counts 6 and 7**

The above named defendant appeared before this Court for trial and the jury rendered a verdict of not guilty on Counts 6 and 7 of the Indictment, it is hereby

**Ordered and Adjudged** that Judgment of Acquittal is hereby entered only as to Counts 6 and 7 of the Indictment.

**Done and Ordered** at Miami, Florida, on December 1, 2014.

_____
UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.

cc: Counsel of record