UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20505-CR-SCOLA

UNITED STATES OF AMERICA

vs.

ROGER ROUSSEAU,
DORIS CRABTREE,
ANGELA SALAFIA, and
LILIANA MARKS,

        **Defendants.**
_____/

## THE GOVERNMENT'S NOTICE OF INTENT FOR RETRIAL

The United States hereby files this Notice of Intent for Retrial in the above-captioned matter and respectfully requests a status conference within the next ten (10) days to set a new trial date.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:   /s/ *Allan J. Medina*
        Allan J. Medina
        Court ID No. A5501748
        Trial Attorney
        United States Department of Justice
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 257-6537
        Fax: (202) 514-6118
        Email:  Allan.Medina@usdoj.gov

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Allan J. Medina*
Allan J. Medina
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
