United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Roger Rousseau,<br>Doris Crabtree,<br>Angela Salafia,<br>Liliana Marks,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Criminal Case No. 13-20505-CR-Scola<br>)<br>)<br>)<br>)<br>) |

## Order Setting Trial and Calendar Call Date

On December 10, 2014, this cause came before the Court for Status Conference to Set Trial Date. Based on the matters presented by counsel, and being otherwise fully advised, it is hereby

**Ordered and Adjudged** that this cause is **specially** set for **Jury Trial** before the Honorable Robert N. Scola, Jr., United States District Judge, at **400 North Miami Avenue, Courtroom 12-3, Miami, Florida,** on **August 10, 2015 at 9:00 a.m.** A calendar call will be held on **Tuesday, August 4, 2015 at 9:00 a.m.** at the same location. **All counsel and defendants are required to be present at the calendar call.** It is further,

**Ordered and Adjudged** that the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date of the Status Conference, **December 10, 2014**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

U.S.A. v. Roger Rousseau, et. al., Case No. 13-20505-CR-SCOLA

**Done and Ordered** in Chambers at Miami, Florida, on December 10, 2014.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**


cc:     counsel of record